# Third District Court of Appeal

**State of Florida**

Opinion filed March 30, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-252
Lower Tribunal No. 98-43178
_____

**Albert Owens,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Albert Owens, in proper person.

Pamela Jo Bondi, Attorney General, for respondent.

Before SUAREZ, C.J., and FERNANDEZ and LOGUE, JJ.

SUAREZ, C.J.

Following review of the petition for writ of habeas corpus, it is ordered that said petition is hereby denied.

ORDER TO SHOW CAUSE

Furthermore, as it appears that Albert Owens has submitted multiple pro se post-conviction appeals,[1] we order Mr. Owens to show good cause within thirty (30) days why he should not be prohibited from filing with this Court any further pro se appeals, petitions, motions or other proceedings related to his criminal sentencing in circuit court case numbers 98-43178 and 98-43179.[2]  We must balance Mr. Owens's pro se right of access to courts with the Court's need to devote its finite resources to legitimate appeals, recognizing the seriousness of the sanction when the litigant is a criminal defendant.  State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999).  After this order to show cause and giving Mr. Owens an opportunity to respond, this Court may prevent such further filings.  See id.

_____

[1] A non-exhaustive list of pro se post-conviction appeals filed by the defendant include: 3D15-1075; 3D15-1149; 3D15-1225; 3D14-2724; 3D14-1320; 3D14-355; 3D14-385; 3D13-2449; 13-1344; 3D12-1545; 3D11-3142; 3D07-2363; 3D09-2949; 3D07-2363; 3D06-3196; 3D04-375; 3D04-356; 3D04-2152; 3D04-1364; 3D03-2274; 3D03-1294.

[2] The trial court docket in case no. 98-43178 indicates an order prohibiting Mr. Owens from further pro se filings was issued on August 3, 2004.